**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

**Attorney For Plaintiff**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORSY, Nancy Mohamed A. M. <br> ZOHER, Lara Sameh F. A. <br> ABDELHAMID, Omar Sameh F. <br> ZOUHEIR, Ali Sameh F. A. <br> ZOUHEIR, Sameh Fawzy B. <br><br>      Plaintiff(s), <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10, <br><br>      Defendants. | Case No.: 8:23-cv-2018 <br><br><br> **COMPLAINT FOR:** <br><br> **1) DECLARATORY <br> AND INJUNCTIVE RELIEF** <br> **2) WRIT IN THE NATURE OF <br> IMMIGRATION MANDAMUS** |

By and through her undersigned counsel, Plaintiffs; Nancy Mohamed Ahmed Mohamed MORSY brings this action.

## INTRODUCTION

1. This action is brought by Plaintiff Nancy Mohamed Ahmed Mohamed MORSY, derivative spouse Sameh Fawzy Bbdelhamid Zouheir, and derivative children Ali Sameh Fawzy Abdelhamid Zouheir, Omar Sameh Fawzy Abdelhamid, and Lara Sameh Fawzy Abdelhamid Zoher, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of September 6, 2017, and which has still not been called for an interview.

2. On August 2, 2017, Plaintiff(s) Nancy Mohamed Ahmed Mohamed Morsy and her derivative children came to the United States at Los Angeles, California on a B-2 visa and have stayed in the US ever since.

3. On September 6, 2017, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the Los Angeles Service Center and assigned to the Los Angeles Asylum Office. Subsequently, The Plaintiff's case was transferred and assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal);** *See also* **(Exhibit B: Receipt Notice for I-589 Application).** Plaintiff Nancy M. Morsy, derivative spouse Sameh Zouheir and derivative children Lara Zoher, Omar Abdelhamid, and Ali Zouheir, sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of Plaintiff Nancy M. Morsy's past persecution as a victim of FGM (Female Genital Mutilation).

4. After submitting her application for asylum, Defendant USCIS instructed Plaintiff Nancy M. Morsy to present herself for biometric inspection at a designated USCIS Application Support Center. Plaintiff Nancy M. Morsy was instructed to present herself at a designated USCIS Application Support Center on September 27, 2017. *See* **(EXHIBIT C: I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)).** Plaintiff and her derivatives did appear at the designated Application Support Center during the appointed timeframe and provided their biometric information. On August 31, 2018, Plaintiff's derivative spouse, Sameh Zouheir, entered the United States at Los Angeles, California on a B-2 visa and has stayed in the US ever since. Plaintiff's derivative spouse was promptly added to the I-589 Asylum Application and a request for the amendment was filed with the U.S Citizenship and Immigration Services (USCIS) on September 18,2018. *See* **(Exhibit D: Filed Request adding Plaintiff's Derivative Spouse to the Plaintiff's I-589 application).**

5. After Plaintiff(s) provided their biometric information provided her biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff about the exact date her asylum interview would be scheduled. Note: Plaintiff sent a letter to the U.S Department of Homeland Security on February 20, 2020 explaining the exigent circumstances she and her derivatives were facing due to the delay in scheduling her interview as well as urging the Department to schedule an interview. **(EXHIBIT E: Plaintiff's request for Exigent Circumstances).** The request was not approved. Plaintiff then requested to be added to the Standby List for an Affirmative Asylum and a notice from Defendant Los Angeles

Asylum Office was received by Plaintiff confirming her request to add their name to the Standby List for an Affirmative Asylum Interview and that it has been approved on June 4, 2021. *See* (**EXHIBIT F: USCIS Los Angeles Asylum Office Standby List Acceptance Letter**). On March 31, 2022, Ms. Morsy was sent a response to her email letter to congressman Katie Porter seeking to expedite her interview. **(EXIHIBT G: Congressman Katie Porter response to Plaintiff(s) letter to Congressman regarding expediting Scheduling her Interview).** On April 14, 2022, Plaintiff requested an update regarding her asylum interview and the Consultant Liaison for Congressman Katie Porter responded with an email on the same date showing the response from the USCIS denying her request through her congressman. *See* **(EXHIBIT H: Response by Congressman to Inquiry made by Plaintiff(s) regarding her I-589 Application for Asylum Status).** The Plaintiff has been waiting for over 6 years for her interview date at this point. The plaintiff has no way of knowing how much longer she will have to wait to testify in support of her application for asylum. Plaintiff Nancy M. Morsy is unable to plan for her future and is forced to endure the constant uncertainty of the possibility her application will be denied and referred to The Executive Office for Immigration Review (EOIR).

6. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for over 6 years. Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

7. Plaintiff Nancy M. Morsy is a native and citizen of Egypt. Plaintiff Nancy M. Morsy came to the United States on a B-2 visa on August 2, 2017. Plaintiff filed her I-589 Application for Asylum and Withholding of Removal on September 6, 2017.

8. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

9. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

10. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

11. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner and ensuring the efficiency of the officers employed.

12. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary

Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

13. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff (s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

14. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

15. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

16. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

17. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. The Plaintiff suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

18. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

19. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## VENUE

20. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiff resides in Downey, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

21. Plaintiff has no administrative remedies. Since Plaintiff completed her biometric on November 27, 2017, Plaintiff has received no clear correspondence or communication from Defendant USCIS about how much longer she will have to wait for her pending asylum application to be called for an interview. Plaintiff has been waiting for over 6 years at this point to have her asylum claim heard by an USCIS Asylum Office. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

22. Pursuant to 8 U.S.C §1158, Plaintiff Nancy M. Morsy filed an application for Asylum and Withholding of Removal on September 6, 2017.

23. Since filing her Application, Plaintiff Nancy M. Morsy has not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date her

Asylum interview will be scheduled. Plaintiff Nancy M. Morsy has no way of knowing how much longer the scheduling process will take.

24. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

25. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

26. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been over 6 years since Plaintiff Nancy M. Morsy applied for Asylum. Plaintiff has yet to receive an interview date for her case.

27. Plaintiff has no adequate remedy at law and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

28. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [plaintiff]."

29. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

30. Plaintiff's claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 30, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to

compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

31. As a result of the Defendants' failure to adequately perform their duties, Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm. Specifically:

   a. Plaintiff has been irreparably damaged from the fear of not knowing or ability to prepare for her future concerning what will happen with her asylum case for over 6 years. Plaintiff Nancy M. Morsy has been constantly hoping to have the case scheduled for an interview so her case could then be adjudicated, and she can progress with her life. Due to the abnormally long wait and lack of certainty surrounding when her asylum case will be heard, Plaintiff is enduring significant psychological trauma.

   b. The delay is causing irreparable harm to Plaintiff who is not able to progress with her life in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she will be persecuted, tortured, or killed.

32. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff Nancy M. Morsy's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to her case.

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

34. Plaintiff Nancy M. Morsy has attempted to learn about the status of her pending Asylum and Withholding of Removal application, all to no avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff has been forced to pursue the instant action.

## **PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

a. Accept jurisdiction and maintain continuing jurisdiction in this action;

b. Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c. Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d. Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff Nancy M. Morsy's asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e. Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff Nancy M. Morsy's Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.   Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.   Grant such relief at law and in equity as justice may require.


Dated: October 27, 2023

Respectfully Submitted,


_____/s/Gihan Thomas_____
Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**EXHIBITS**                                                                                                          **PAGES**

**A.** I-589 Application for Asylum, Plaintiff's declaration, and Plaintiff's letter from Dr. Lisa Ma, M.D confirming the FGM procedure........................................................................... 1

**B.** Receipt Notice for I-589 Application.........................................................................18

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s).................................. 19

**D.** Filed Request adding Plaintiff's Derivative Spouse to the Plaintiff's I-589 application............24

**E.** Letter to the U.S Department of Homeland Security for Exigent Circumstances..................... 25

**F.** USCIS Los Angeles Asylum Office Standby List Acceptance Letter........................................ 27

**G.** Inquiry made by Plaintiff(s) regarding her I-589 Application for Asylum Status ................... 28

**H.** Congressman Katie Porter response regarding Plaintiff(s) letter to Congressman regarding expediting Scheduling her Interview........................................................................ 30

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 05/31/2019

# I-589, Application for Asylum
# and for Withholding of Removal

**START HERE** - Type or print in black ink. **See the instructions for information about eligibility and how to complete and file this application. There is no filing fee for this application.**

**NOTE:** ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I. Information About You

| | | |
|---|---|---|
| **1.** Alien Registration Number(s) (A-Number) *(if any)*<br>None | **2.** U.S. Social Security Number *(if any)*<br>None | **3.** USCIS Online Account Number *(if any)*<br>None |

| | | |
|---|---|---|
| **4.** Complete Last Name<br>MORSY | **5.** First Name<br>Nancy | **6.** Middle Name<br>Elsayed M. A. M. |

**7.** What other names have you used *(include maiden name and aliases)*?
Nancy Elsayed Mohamed AHMED, Nancy Elsayed MOHAMED

**8.** Residence in the U.S. *(where you physically reside)*

| Street Number and Name<br>36 Cartier Aisle | | | Apt. Number<br>- |
|---|---|---|---|
| City<br>Irvine | State<br>CA | Zip Code<br>92620 | Telephone Number<br>949-735-6490 |

**9.** Mailing Address in the U.S. *(if different than the address in Item Number 8)*

| In Care Of *(if applicable):*<br>Same as above | Telephone Number |
|---|---|
| Street Number and Name | Apt. Number |
| City | State | Zip Code |

| | | | | | |
|---|---|---|---|---|---|
| **10.** Gender: ☐ Male ☒ Female | **11.** Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |

| | |
|---|---|
| **12.** Date of Birth *(mm/dd/yyyy)*<br>06/24/1981 | **13.** City and Country of Birth<br>Cairo      Egypt |

| | | | |
|---|---|---|---|
| **14.** Present Nationality *(Citizenship)*<br>Egyptian | **15.** Nationality at Birth<br>Egyptian | **16.** Race, Ethnic, or Tribal Group<br>White | **17.** Religion<br>Muslim |

**18.** Check the box, a through c, that applies: **a.** ☒ I have never been in Immigration Court proceedings.

    **b.** ☐ I am now in Immigration Court proceedings.    **c.** ☐ I am **not** now in Immigration Court proceedings, but I have been in the past.

**19.** Complete 19 a through c.

    **a.** When did you last leave your country? *(mmm/dd/yyyy)* 08/12/2016    **b.** What is your current I-94 Number, if any? 53038115285

    **c.** List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.*
    *(Attach additional sheets as needed.)*

| Date 08/02/2017 | Place New York City, NY | Status B-2 | Date Status Expires 02/01/2018 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| | | |
|---|---|---|
| **20.** What country issued your last passport or travel document?<br>Egypt | **21.** Passport Number A09868196 | **22.** Expiration Date *(mm/dd/yyyy)*<br>07/07/2020 |
| | Travel Document Number   None | |

| | | |
|---|---|---|
| **23.** What is your native language *(include dialect, if applicable)*?<br>Arabic | **24.** Are you fluent in English?<br>☐ Yes ☒ No | **25.** What other languages do you speak fluently?<br>None |

| For EOIR use only. | For<br>USCIS<br>use only. | Action:<br>Interview Date: _____<br>Asylum Officer ID No.: _____ | Decision:<br>Approval Date: _____<br>Denial Date: _____<br>Referral Date: _____ |
|---|---|---|---|

## Part A.II. Information About Your Spouse and Children

**Your spouse** ☐ I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| None | A07513574 | 11/21/1974 | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Other names used *(include maiden name and aliases)* |
|---|---|---|---|
| ZOUHEIR | Sameh | Fawzy Bdelhamid | None |

| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth | |
|---|---|---|---|
| 08/13/2005 | Giza, Egypt | Cairo | Egypt |

| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | 14. Gender |
|---|---|---|
| Egyptian | White | ☒ Male ☐ Female |

**15. Is this person in the U.S.?**
☐ Yes *(Complete Blocks 16 to 24.)* ☒ No *(Specify location):* Doha, Qatar

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings? | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |
|---|---|---|---|
| N/A | N/A | ☐ Yes ☒ No | N/A |

**24. If in the U.S., is your spouse to be included in this application?** *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☒ No

**Your Children.** List **all** of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part. A.III., Information about your background.)*

☒ I have children.   Total number of children:   3

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| None | A07503557 | Single | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| ZOHER | Lara | Sameh Fawzy A. | 07/26/2006 |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Cairo    Egypt | Egyptian | White | ☐ Male ☒ Female |

**13. Is this child in the U.S.?** ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):* _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| New York City, NY | 08/02/2017 | 53037225185 | B-2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| Visitor | 02/01/2018 | ☐ Yes ☒ No |

**21. If in the U.S., is this child to be included in this application?** *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

2

## Part A.II. Information About Your Spouse and Children (Continued)

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| None | A09868164 | Single | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ABDELHAMID | Omar | Sameh Fawzy | 02/16/2010 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Doha        Qatar | Egyptian | White | ☒ Male ☐ Female |

**13.** Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| New York City, NY | 08/02/2017 | 53036817285 | B-2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| Visitor | 02/01/2018 | ☐ Yes ☒ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| None | A17518940 | Single | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ZOUHEIR | Ali | Sameh Fawzy A. | 12/02/2015 |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Doha        Qatar | Egyptian | White | ☒ Male ☐ Female |

**13.** Is this child in the U.S. ? ☒ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| New York City, NY | 08/02/2017 | 53037195985 | B-2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| Visitor | 02/01/2018 | ☐ Yes ☒ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) (if any) | 2. Passport/ID Card Number (if any) | 3. Marital Status (Married, Single, Divorced, Widowed) | 4. U.S. Social Security Number (if any) |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality (Citizenship) | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male ☐ Female |

**13.** Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. (mm/dd/yyyy) | 16. I-94 Number (If any) | 17. Status when last admitted (Visa type, if any) |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy) | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes ☐ No |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

3

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 91 B4 Alsad St. | Doha | - | Qatar | 05/2017 | 08/2017 |
| 1A Al Safa& Al Marwa, Al Haram St. | Giza | Giza | Egypt | 08/2005 | 01/2008 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 36 Cartier Aisle | Irvine | CA | USA | 08/2017 | Present |
| 91 B4 Alsad St. | Doha | - | Qatar | 05/2017 | 08/2017 |
| Ezdan 11 Al Wakra. | Doha | - | Qatar | 05/2016 | 05/2017 |
| Ezdan 5 Al Wakra. | Doha | - | Qatar | 05/2015 | 05/2016 |
| Old Airport St. | Doha | - | Qatar | 05/2010 | 05/2015 |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Univ. of Cairo, Fac of Mass Communi | University | Cairo, Egypt | 09/1999 | 06/2003 |
| Al Saida Nafisa School | High School | Cairo, Egypt | 09/1996 | 06/1999 |
| Al Saida Khadiga School | Middle School | Cairo, Egypt | 09/1993 | 06/1996 |
| Abas Al Akad School | Elementary School | Cairo, Egypt | 09/1988 | 06/1993 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | | To *(Mo/Yr)* | |
|---|---|---|---|---|---|
| CRA Authority          Doha, Qatar | Specialist. | 04 | 2011 | 07 | 2017 |
| | | | | | |
| | | | | | |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   **(NOTE:** *Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Sozan          Noreldin T. THABET | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Father* Elsayed          Mohamed A. M. MORSY | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* Heba MORSY | Cairo, Egypt | ☐ Deceased Irvine, CA, USA |
| *Sibling* Islam Elsayed MORSY | Cairo, Egypt | ☐ Deceased Cairo, Egypt |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

4

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   ☐ Race      ☐ Political opinion

   ☐ Religion      ☒ Membership in a particular social group

   ☐ Nationality      ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

     ☐ No      ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

> Please refer to my declaration incorporated herein by reference.

**B.** Do you fear harm or mistreatment if you return to your home country?

     ☐ No      ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

> Please refer to my declaration incorporated herein by reference.

5

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No        ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No        ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No        ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No        ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

Please refer to my declaration incorporated herein by reference.

6

## Part C. Additional Information About Your Application

(**NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No    ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☐ No    ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☐ No    ☒ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   > 2.A) I was in Doha, Qatar, and I also had a transit for 4 hours in London, UK.
   >
   > 2.B) My sister, Heba, is a US Citizen.

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No    ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

7

4. After you left the country where you were harmed or fear harm, did you return to that country?

☒ No        ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

☒ No        ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No        ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

8



Nancy Morsy
I-589
D.O.B: 06/24/1981

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in an application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States **unlawfully** are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| Nancy          Elsayed M. A. M.    MORSY | عربي نانسي |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No  ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

[ Nancy Morsy ]

Sign your name so it all appears within the brackets

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | Law Offices of Gihan Thomas |

| Daytime Telephone Number | Address of Preparer: Street Number and Name | | |
|---|---|---|---|
| 310-203-2242 | 611 Wilshire Blvd | | |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 907 | Los Angeles | CA | 90017 |

| **To be completed by an attorney or accredited representative** (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)  198612 | Attorney or Accredited Representative USCIS Online Account Number  (if any)  N o n e |
|---|---|---|---|

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Write Your Name in Your Native Alphabet

_____
Date *(mm/dd/yyyy)*

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Write Your Name in Your Native Alphabet

_____
Date *(mm/dd/yyyy)*

_____
Signature of Immigration Judge

10

I, **Shereen Dawood**, am competent to translate from **Arabic** into **English**, and from **English** into **Arabic**, and certify that the translation of the **Declaration** is true and accurate to the best of my abilities.

*Shereen*

By: **Shereen Dawood**

Tel: (949) 247-1178
E-mail: shereen_guirguis@yahoo.com

I was a victim of circumcision. The circumcision is common in my family, because they think that are protecting the girls, by suppressing their sexual desires. The circumcision procedure requires that the female genitals bet are cut ,so that she loses all senses, sexual desires and sexual needs.

I was eight (8) years old at the time this procedure was performed on me. I was taken by surprise. I remember, that my paternal aunt, Manal, came home to pick me up. She had her three daughters, Rana, Rehab and Shaimaa. I remember that my mother did not come with us. I joined my aunt, and had no idea that she was driving me to the "slaughter house". Please, allow me to call it the "slaughter house", because I do not see any difference between the procedure and the "slaughter house" where they kill the animals.

When we arrived to the apartment. I believe it was the midwife's place. There were three ladies, in addition to that midwife. I remember that they started the procedure with me first. May be, my aunt wanted to put me in the face of the gun, before placing her daughters on the "chopping block". When we arrived at the apartment, I was taken to a room. My aunt did not come into the room, but stayed outside with her daughters. I still did not have a clue as to what was going to happen.

Inside the room, the three ladies forced me to take off my clothes. I started screaming and calling on my aunt, but, of course, she never came to my aid. The three ladies were heavier than the midwife, and they looked stronger than her. They instructed me not to move, so as not to get hurt. They forced me to open my legs apart and I felt pain because they were cracking my bones. The midwife approached me, and all I know is that I felt sharp pain, and I started to bleed. I started screaming. I continued to scream and I bled more. They brought each one of my cousins, in turn: Rana, Shaimaa and the last one to be circumcised was Rehab. It was performed to them in the same room. I re lived the circumcision three times watching and observing the pain and the screams of my cousins. Again, my aunt never came inside the room, because she could not tolerate the scene of our slaughter. You can call it a "group slaughter". We remained at the midwife's place for one hour bleeding, while the ladies and the midwive were trying to suppress the blood, by placing cotton and white bandage. After that, they assisted my aunt to take us out , where my uncle, was waiting, so that we could return home.

I returned to my apartment. My mother hugged me. Apparently, my mother knew that I was taken to be circumcised by my aunt Manal, but was afraid to come with us, because she could not tolerate being present. I continued to cry, and the more I cried, the more I bled. Even though I had some much bleeding, my parents never called the doctor to see me. I could not move and remained in bed. I was unable to urinate and use the bathroom. Also, 2 days after the circumcision, they had a small gathering for the family to come, and congratulate us for the circumcision. There were food, drinks and people were bringing gifts. They were happy for our torture. I was so upset and mad. I still could not comprehend why this happened to me.

My mother instructed me not to speak to anyone about this circumcision. Again, as an 8 years old, I still could not comprehend what happened, and how this procedure would impact on me.

Heba was younger than me. She was very slim. She was weak. She had unbalanced hormones and was under medications, thus, the circumcision procedure was not performed on her.

This procedure has impacted on my menstrual period. I would have excruciating pain that I had to take medications during my monthly period.

As to my marriage, the procedure also caused me troubles during my marriage. I met my husband at work. I became attracted to him. After 9 months, he proposed to me, a year later, we got married in 2005. With the marital union, the circumcision came back to haunt me. During the first month of our marriage, he would try to approach me, but I could not open my legs. The whole memory of the three women forcing me to open my legs, to perform the circumcision, would haunt me. I would cry and start screaming, and he would have to stop. My husband complained to my mother. She brought me tranquilizers and gel to facilitate lubrication. On the day it finally happened, I felt excruciating pain, and I was very traumatized. I felt pain, and not pleasure. My in laws were also upset with me, and they spoke to my mother, and instructed her to advise me to give pleasure to my husband, otherwise, he would divorce me. When I heard this, I started crying uncontrollably. This is beyond me. If I am inferior, please forgive me. It was the circumcision that caused my inferiority.

The sexual intimacy became a problem in our relationship, and it remains a problem to the present day. The pain was always there. When I complained to my mother, she would always ask me to be patient, otherwise, my husband could leave me, or cheat on me. Thus, I had to tolerate the pain, to appease the husband, because it was my duty to please him.

This procedure also impacted on my pregnancies and my deliveries. First, I had 2 miscarriages. My three children were delivered with a C section operation, because I was told that I could not give a natural birth. Also, I was terrified to open my legs again, and give a natural birth, because it reminds me of the circumcision day.

I have my OBGYN doctor, and I complain to her about my condition. She gave me literature to give to my husband, so that he could understand my condition as a survivor of the circumcision operation, and cope with me, accordingly.

I also have inflammations and infections that are frequent which requires me to take antibiotics.

I have a daughter ,Lara, who is now 11 years old. My mother and my mother in law have asked me several times about circumcising Lara. I refused. However, who knows, they could take her, and return her back circumcised without, my knowledge.

I have fear of returning back to Egypt. I do not want my daughter to face my fate. I am a dead woman and I do not want my daughter to have my same fate.

*Nancy Morsy*

Nancy Elsayed Mohamed Morsy

كنت ضحية لعملية الختان. فالختان أمر شائع في عائلتي؛ لأنهم يعتقدون أنهم يحمون الفتيات، عن طريق قمع رغباتهم الجنسية. تتطلب عملية الختان قطع جزءٍ من الأعضاء التناسلية الأنثوية؛ كي تفقد الأنثى كل الإحساس، و الرغبة الجنسية، و الاحتياجات الجنسية.

كنت في الثامنة من عمري، عندما أجري لي هذا الإجراء. فأنا أتذكر عندما جاءت عمتي- "منال"- إلي منزلنا، لتأخذني. و كان معها بناتها الثلاثة: "رنا" و "رحاب" و شيماء". و أتذكر أن أمي لم تأت معنا. ذهبت مع عمتي، و لم أكن أدري أنها كانت تصطحبني "للسلخانة". من فضلكم، اسمحوا لي أن أسميها "السلخانة"، لأنني لا أري في فرق بين هذا الإجراء، و بين "السلخانة"، التي يذبحون فيها الحيوانات.

ووصلنا إلي الشقة، و أعتقد أنها كانت مكان "الداية". و كان هناك ثلاث سيدات، بالإضافة إلي هذه "الداية". و أتذكر أنهم بدأوا هذا الإجراء عليّ أنا أولاً. و قد تكون النساء أرادت أن تضعني أنا أولاً في "وش المدفع"، قبل وضع بناتها علي "لوح التقطيع". و عندما وصلنا إلي الشقة، أخذوني إلي حجرة. و لم تدخل عمتي الحجرة، بل ظلت خارجها" مع بناتها. و حتي هذا الوقت، لم أكن أدري ما كان سيحدث لي.

و داخل الحجرة، أجبرتني السيدات الثلاث علي خلع ملابسي. و بدأت أصرخ، و أنادي علي عمتي- بالطبع- لم تأت أبداً لنجدتي. و كانت النساء الثلاث أثقل وزناً من "الداية"، كما كان يبدو أنهن أكثر قوة منها أيضاً. و أمرنني ألا أتحرك؛ كي لا أصاب بجرح. و أجبرني علي فتح رجليّ بشدة، و كنت أشعر بالألم، لأنهن كن يضغطن علي عظامي بقسوة. و اقتربت مني "الداية"، و كل ما أعلمه أنني شعرت بألم حاد، و بدأت أنزف. و بدأت في الصراخ، و استمريت في الصراخ، و زاد النزيف. ثم أحضرن بنات عمتي بالدور: "رنا"، ثم "شيماء"، ثم "رحاب"- التي كانت آخر من أجري لها الختان يومئذ. و أجري لهن الختان في نفس الحجرة. لقد عشت تجربة الختان ثلاث مرات أخري، و أنا أشاهد و ألاحظ الألم و صراخ بنات عمتي، و أيضاً، لم تدخل عمتي أبداً الحجرة، لأنها لم تكن تحتمل مشهد ذبحنا. يمكنك أن تسمي ذلك "ذبحاً جماعياً"). و ظللنا ننزف في منزل "الداية" لمدة ساعة، بينما كانت "الداية" و السيدات يحاولن "كتم" الدم، عن طريق وضع القطن و الشاش الأبيض. و بعد ذلك، قمن بمساعدة عمتي في أخذنا خارج المنزل. حيث كان عمي منتظراً" إلي، "كي يذهب جميعاً إلي البيت.

و رجعت إلي بيتي، فقامت أمي باحتضاني. و كان يبدو أن أمي كانت علي علم بأن عمتي "منال" قد أخذتني، لإجراء عملية الختان لي، و لكنها لم تجرؤ علي الذهاب معنا، لأنها لم تتحمل حضور هذه العملية. و استمريت في البكاء، و كلما بكيت أكثر، كلما نزفت أكثر. و رغم انني كنت أنزف كثيراً، لم يقم والديّ أبداً باستدعاء طبيبٍ ليراني. لم أقدر علي الحركة، فظللت في الفراش. كما لم يكن بمقدوري الذهاب إلي الحمام، والقيام بعملية التبول. و أيضاً، بعد يومين من إتمام عملية الختان، تجمعت العائلة، لكي تأتي إلينا، و تهنئنا بالختان! و كان هناك الطعام، و الشراب، كما كان الناس يجلبون معهم هدايا! و كانوا سعداء من اجل عذابنا! و كنت أنا أشعر بالحزن و الغضب الشديدين. و كنت مازلت لا أعي لماذا حدث كل هذا لي.

و أخبرتني أمي ألا أتكلم مع أحد بشأن موضوع الختان هذا. و كطفلةٍ ذات ثماني سنواتٍ، لم أكن أستطيع أن أستوعب ما حدث لي، و كيف يمكن أن يؤثر هذا الإجراء عليّ.

و كانت "هبة" أصغر مني. و كانت نحيفة جداً، و كانت ضعيفة أيضاً". و كانت هرموناتها غير متوازنة؛ مما أخضعها للعلاج الطبي. و لذا، لم تجر لها عملية ختان.

و قد أثر هذا الإجراء علي فترة الحيض الشهري الخاصة بي. فقد كان الألم يعذبني، أثناء الحيض الشهري؛ حتي كنت أضطر لتعاطي بعض الأدوية.

و بالنسبة لزواجي، فقد تسبب الختان أيضاً" في متاعب حياتي الزوجية. تقابلت مع زوجي في العمل، و انجذبت نحوه. و بعد 9 شهورٍ، تقدم لخطبتي. و بعد مرور عام، تزوجنا، سنة 2005. و في العلاقة الزوجية، عاد الختان يطاردني من جديد. ففي خلال الشهر الأول من الزواج، كان هو يحاول أن يقترب مني، و لكنني لم أكن أقدر أن أفتح رجليّ. فقد كانت ذكري النساء

الثلاث ، و هن يجبرنني علي فتح رجليَّ، لإجراء عملية الختان، تطاردني كاملة؛ فكنت أبكي، و أبدأ في الصراخ؛ مما كان يضطره ان يتوقف. و شكا زوجي الأمر لأمي؛ فأحضرت لي مهدئات، و "جيل"، لتسهيل العلاقة. و في اليوم الذي تم فيه الأمر ، أخيراً"، شعرت بألم لا يحتمل، و كنت في حالة هلع شديد. شعرت بألم، لا بمتعة. و كان والدا زوجي أيضاً" متضايقين مني، و تحدثا مع أمي، و أخبراها أن تنصحني بأن أشبع رغبات زوجي، و إلا طلقتي. و عندما سمعت هذا، لم أتمالك نفسي من البكاء. فقد كان ذلك غصباً" عني. إذا كنت ضعيفة في ذلك، من فضلكم، سامحوني. إنه الختان الذي تسبب في ضعفي هذا.

لقد كانت العلاقة الجنسية مشكلة في علاقتنا، و لا تزال مشكلة إلي وقتنا هذا. فقد كان هناك دائما" ألم. و عندما كنت اشكو لأمي، كانت دوماً تطالبني بالصبر، و إلا سيتركني زوجي، أو يخونني. و لذا، كان دائماً" عليّ احتمال الألم، لاسترضاء زوجي، لأن واجبي هو إسعاده.

و قد كان للختان أيضاً" تأثيره علي حملي و ولادتي. كما ولدت أطفالي الثلاثة بعملية قيصرية، حيث أخبروني أنني لا أقدر علي الولادة الطبيعية. كما أنني كنت خائفة- مرة أخري- من فتح رجليَّ، لإتمام الولادة الطبيعية؛ لأن ذلك يذكرني بيوم الختان.

و لي طبيبة أمراض نساء و توليد، و أشكو لها حالتي. و قد قامت بإعطائي بعض المقالات، لأعطيها لزوجي، عله يستطيع أن يتفهم حالتي، كامرأةٍ مرت بعملية ختان، و بالتالي، يمكنه التكيف مع حالتي.

و أيضا"، أعاني دوما" من التهاباتٍ، و عدوي متكررة، مما يستلزم تعاطي المضادات الحيوية.

و لي ابنة- "لارا"- عمرها الآن 11 سنة. و قد طالبتني أمي، و حماتي مراراً" بإجراء عملية ختان "لارا"؛ فرفضت. و لكن، من يعلم؟ فقد تأخذانها- يوما"- و تعودان بها، و قد أجري لها الختان، بدون علمي.

فأنا أخاف من العودة إلي مصر. إنني لا أريد لابنتي مواجهة نفس مصيري. أنا امرأة ميتة، و لا أريد لابنتي نفس مصيري المحتوم.



Mosaic
Family Care

*Compassionate Care for Every Patient*

August 30, 2017

To Whom It May Concern:

Re:     Morsy, Nancy (DOB 06-24-1981)

My name is Lisa Ma, M.D.  I am a licensed physician in the state of California and an approved USCIS
Civil Surgeon, ID No.102828.  Prior to the examination the patient identified herself with an,
Arab Republic of Egypt passport #A09868196.

On August 30, 2017, in my capacity as an Immigration Civil Surgeon, a pelvic examination was
performed on Ms. Morsy to determine whether she may have been subjected to Female Genital Mutilation
(FGM) in her native country of Egypt.

My findings upon conclusion of Ms. Morsy's physical examination are as follows:

   *Partial resection of clitoral hood, clitoris and superior portion of labia minora.*

Upon inspection of her entire pelvic region, I found that she was indeed a victim of Type II FGM
according to the World Health Organization.

Should you have any questions in regards to any of the foregoing, I may be reached telephonically at
(323) 226-9042.

Sincerely,

Lisa Ma, M.D.

*Mosaic Family Medical Group, Inc.*
4857 Huntington Drive North
Los Angeles, CA 90032

Phone (323) 226-9042
Fax (323) 226-9426
www.mosaicfamily.care

17

Exhibit B

F
R
O
M
US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
P. O. BOX 65015
ANAHEIM, CA 92815-8515

NAME: NANCY MORSY                                          DATE:  9/07/17
A-NUMBER: 216017101 RCPT#: ZLA1700170660                   FORM:  I-589
            *** ACKNOWLEDGEMENT OF RECEIPT ***
   Your complete Form I-589 asylum application was received and is pending
as of  9/06/17.  You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS.  If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.

TO
GIHAN THOMAS
C/O LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907

LOS ANGELES, CA  90017


GIHAN THOMAS
C/O LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907

LOS ANGELES, CA  90017

        90017$2905 C03i


RECEIVED
09/12/17

18

Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | | APPLICATION/PETITION/REQUEST NUMBER ZLA1700170660 | | NOTICE DATE 09/10/2017 |
|---|---|---|---|---|
| I-589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | ACCOUNT NUMBER | USCIS A# A216 017 101 | CODE 3 |

NANCY ELSAYED M A M MORSY
36 CARTIER AISLE
IRVINE CA 92620



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS TUSTIN 14541 Red Hill Avenue Tustin CA 92780 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 09/27/2017 08:00AM |
|---|---|

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:

1. THIS APPOINTMENT NOTICE, and

2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

NOTE: If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

WARNING: Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

CHANGE OF ADDRESS: You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/ addresschange for instructions to change your address online or to mail a completed Form AR-11, Alien's Change of Address Card, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address Form/Immigration Court, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

WARNING: Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the biometrics procedures should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

ASC SITE CODE: XLH
BIOMETRICS QA REVIEW BY: _____ ON SEP 27 2017
TENPRINTS QA REVIEW BY: _____ ON SEP 27 2017

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Page 1 of 1  07/11/14 Y

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | APPLICATION/PETITION/REQUEST NUMBER ZLA1700170670 | | NOTICE DATE 12/21/2018 |
|---|---|---|---|
| CASE TYPE | ACCOUNT NUMBER | USCIS A# | CODE |
| I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | A216 017 102 | 2 |

LARA SAMEH FAWZY A ZOHER
36 CARTIER AISLE
IRVINE CA 92620



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| **APPLICATION SUPPORT CENTER** | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** |
|---|---|
| USCIS TUSTIN | **DATE AND TIME OF APPOINTMENT** |
| 14541 Red Hill Avenue | 01/07/2019 |
| Tustin CA  92780 | 11:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
  1. **THIS APPOINTMENT NOTICE**, and
  2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/ addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

BIOMETRICS PROCESSING STAMP

ASC SITE CODE ___ XLH
BIOMETRICS QA REVIEW BY:

_____ ON    JAN 07 2019
TENPRINTS QA REVIEW BY:

_____ ON

**APPLICATION NUMBER**
I589 - ZLA1700170670



If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 07/11/14 Y

20

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA1700170690 | | NOTICE DATE 12/21/2018 |
|---|---|---|---|
| CASE TYPE | ACCOUNT NUMBER | USCIS A# | CODE |
| I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | A216 017 103 | 2 |

OMAR SAMEH FAWZY ABDELHAMID
36 CARTIER AISLE
IRVINE CA 92620



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| **APPLICATION SUPPORT CENTER** USCIS TUSTIN 14541 Red Hill Avenue Tustin CA  92780 | **PLEASE READ THIS ENTIRE NOTICE CAREFULLY.** DATE AND TIME OF APPOINTMENT 01/10/2019 01:00PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

**APPLICATION NUMBER**
1589 - ZLA1700170690



BIOMETRICS PROCESSING STAMP
ASC SITE CODE
BIOMETRICS QA REVIEW BY:
ON  JAN 1 0 2019
TENPRINTS QA REVIEW BY:
ON  JAN 1 0 2019

If you have any questions regarding this notice, please call 1-800-375-5283.

If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

### ASC Appointment Notice

| APPLICATION/PETITION/REQUEST NUMBER | NOTICE DATE |
|---|---|
| ZLA1700170700 | 12/21/2018 |

| CASE TYPE | ACCOUNT NUMBER | USCIS A# | PAGE |
|---|---|---|---|
| I589    APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | A716 017 104 | 1 |

ALI SAMEH FAWZY A ZOUHEIR
36 CARTIER AISLE
IRVINE CA 92620



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS TUSTIN | DATE AND TIME OF APPOINTMENT |
| 14541 Red Hill Avenue | |
| Tustin CA  93780 | 01/07/2019 |
| | 11:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE, and**
**2. PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, Alien's Change of Address Card, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address Form/Immigration Court, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU): Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.



APPLICATION NUMBER
I589 - ZLA1700170700

BIOMETRICS PROCESSING STAMP
ASC SITE CODE         XLH
BIOMETRICS QA REVIEW BY     JAN 0 7 2019
                        ON
TENPRINTS QA REVIEW BY
                        ON

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.
**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.     Form I-797C  05/11/18  Y

**Form I-797C, Notice of Action**

---

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

---

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER | NOTICE DATE |
|---|---|---|
| | ZLA1939700520 | 01/11/2019 |

| CASE TYPE | ACCOUNT NUMBER | USCIS A# | CODE |
|---|---|---|---|
| I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | | A216 308 467 | 3 |



SAMEH FAWZY BDELHAMID ZOUHEIR
c/o GIHAN THOMAS
LAW OFFICES OF GIHAN THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES  CA  90017

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS TUSTIN | **DATE AND TIME OF APPOINTMENT** |
| 14541 Red Hill Avenue | 02/01/2019 |
| Tustin CA  92780 | 02:00PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
  **1. THIS APPOINTMENT NOTICE, and**
  **2. PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If
  you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area
and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record
using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined
within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply
for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is **closed** due to inclement weather or for other unforeseeable circumstances, USCIS will **automatically reschedule** your
appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may
also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal
proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good
cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You **must** notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/
addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card,* to USCIS. This form
is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you **must** also notify the Immigration Court within five
working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court,* in
accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and if applicable, EOIR. Failure to do so may result in dismissal of your asylum
application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your
absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

❏ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics
Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be
sent a new ASC appointment notice.



APPLICATION NUMBER
I589 - ZLA1939700520

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics
worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is
determined your injuries will interfere with taking your biometrics.*

23

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

Exhibit D



# LAW OFFICES OF GIHAN THOMAS
## A Professional Corporation

Certified Specialist, Immigration and Nationality Law
The State Bar of California, Board of Legal Specialization

611 Wilshire Blvd., Suite 907
Los Angeles, California 90017
Telephone (310) 203-2242
Facsimile  (310) 203-2287
gihanthomaslaw@yahoo.com

Adam L. Fleming*
*Member of the New York Bar
Marseil E. Somi*
*Member of the California Bar

September 18, 2018

**FILE**

<u>*Via: Personal Delivery*</u>
Attn: Kevin Van
U.S. Citizenship and Immigration Services
Anaheim Asylum Office
1585 S. Manchester Ave.
Anaheim, CA 92802

> RE:  **ADDITIONAL DERIVATIVE ON I-589 APPLICATION**
> **NANCY ELSAYED MOHAMED A. MORSY– A 216 017 101**
> **Derivative Applicant: SAMEH FAWZY BDELHAMID ZOUHEIR**

Dear Mr. Van:

Please be advised that the above referenced Applicant is kindly requesting to include her spouse, Mr. Sameh Zouheir, as part of her asylum application. Mr. Zouheir entered the US on August 31, 2018, and is currently in the US. I would like to have him included as part of his wife's application.

Please find enclosed the amended I-589 reflecting this change and requesting Applicant's addition. I also submitted proof of their relationship and his identity documents. I appreciate your prompt response to schedule his fingerprinting so that it would not impede the processing of his wife's application.

Should you have any further questions, please do not hesitate to contact my office by phone at (310) 203-2242 or by facsimile at (310) 203-2287. Thank you for your anticipated cooperation.

Sincerely,
Law Offices of Gihan Thomas
A Professional Corporation

**RECEIVED**
**SEP 2 4 2018**

Gihan L. Thomas
Certified Specialist, Immigration & Nationality Law
The State Bar of California, Board of Legal Specialization
Encls. Lgt/ AA



RECEIVED
LOS ANGELES ASYLUM

24

Exhibit E



# LAW OFFICES OF GIHAN THOMAS
A Professional Corporation

Certified Specialist, Immigration and Nationality Law
The State Bar of California, Board of Legal Specialization

611 Wilshire Blvd., Suite 907
Los Angeles, California 90017
Telephone (310) 203-2242
Facsimile   (310) 203-2287
gihanthomaslaw@yahoo.com

Adam L. Fleming*
*Member of the New York Bar
David Randall*
*Member of the Texas Bar
Jude Farah*
*Member of the New York Bar

February 20, 2020

*Via: Personal-Delivery*
ATTN: Ms. Catherine Mueller
U.S. Department of Homeland Security
14101 Myford Rd,
Tustin, CA 92780

RE:   **EXIGENT CIRCUMSTANCES TO SCHEDULE INTERVIEW
NANCY ELSAYED MOHAMED AHMED MORSY- A 216 017 101**

Dear Ms Mueller:

Our office continues to represent Ms. Nancy Elsayed Mohamed Ahmed Morsy in connection with her pending application for asylum. (My Notice of Entry of Appearance, Form G-28, was previously submitted and is on file with your office.)

Ms. Morsy applied for asylum on or about November 06, 2017. Ms. Morsy has not yet received an interview notice, and her asylum application is still pending. Two of Ms. Morsy's children have been diagnosed as autistic (Lara Zoher, age 13; and Ali Zouheir, age 4). Ms. Morsy's children have been enrolled in school and have been recommended Individualized Education Programs for their benefit.

Unfortunately, the condition of Ms. Morsy's children has declined as they continue to await a decision regarding their asylum application. Ms. Morsy's daughter, Lara, has a history of speech delay, and has received special education services including speech therapy. Ms. Morsy's son, Ali, has deficits in social communication and interaction, and requires substantial support in many activities.

Ms. Morsy also strongly believes that the uncertainty of her current living situation has adversely affected her children's development. The children currently receive some measure of assistance through their school district. Ms. Morsy would like to enroll her children in additional treatments through outside therapists to enable them to better adapt to their diagnoses. However, this type of extensive treatment requires a stable environment for the children. Ms. Morsy is unable to enroll her children in these treatments due to the uncertainty of the outcome of her pending asylum application. As a mother with a family who is unsure of what her future may hold, Ms. Morsy would respectfully request that her interview be expedited for humanitarian reasons. Once her

25

asylum application is adjudicated, Ms. Morsy will be able to better plan for her future, and for the future of her children.

A copy of the children's multidisciplinary assessments is attached along with this letter. We hope that the attached documentation will warrant a favorable response from your office. Thank you in advance for your prompt response and cooperation. Should you have any questions, please do not hesitate to contact our office.

Sincerely,
LAW OFFICES OF GIHAN THOMAS


Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization
Encls.

Exhibit F



**U.S. Citizenship
and Immigration
Services**

06/04/2021

MORSY, NANCY
36 CARTIER AISLE
IRVINE, CA 92620

Re: A- 216017101; A-216308467; A-216017102; A-216017103; A-216017104

Dear MORSY, NANCY:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC     GIHAN THOMAS, ESQ
       930 COLORADO BLVD UNIT 2
       LOS ANGELES, CA 90041

27

Exhibit G


**FW: Status Check | ZLA1700170660**
4 messages

**Vasquez, Gissell** <Gissell.Vasquez@mail.house.gov>                                                                14 April 2022 at 14:17
To: Nancy El-Sayed <nancy.morsy1@gmail.com>

Good afternoon,

Below is the response I have received about your case, please read through it carefully. I'm sorry there is not better news but I hope knowing where your case is at in the process is helpful.

This concludes your case with our office. Please reach out to our office if you need assistance with a federal agency in the future.

Stay well,

--

**Gissell Vásquez** | (She/her/hers)

Constituent Liaison

Congresswoman Katie Porter (CA-45)

2151 Michelson Drive, Suite 195 | Irvine, CA, 92612

Office Phone: (949) 668-6600

**To:** Vasquez, Gissell <Gissell.Vasquez@mail.house.gov>
**Subject:** Status Check | ZLA1700170660

Good Afternoon Gissell,

Thank you for your inquiry on behalf of your constituent Nancy Morsy (216017101) and her I-589 Application for Asylum and Withholding of Removal.

Unfortunately, we cannot expedited her interview due. At this time Ms. Morsy's case is still pending an initial interview for her I-589 Application for Asylum and Withholding of Removal. Unfortunately, as her case falls into our third priority, we do not have a time frame as to when she will receive her interview. Below is a breakdown of our current scheduling priorities:

•**First priority:** Applications that were scheduled for an interview, but the interview had to be rescheduled at the applicant's request or the needs of USCIS.

•**Second priority:** Applications that have been pending 21 days or less. (If there are not enough interview slots to accommodate initial filings, these cases will be moved to the third scheduling priority.)

•**Third priority:** All other pending affirmative asylum applications will be scheduled for interviews starting with newer filings and working back towards older filings.

If you have any additional questions, please do not hesitate to reach out.

Catherine Mueller

Congressional Liaison Specialist

Los Angeles Asylum Office (ZLA)

Refugee, Asylum, and International Operations

U.S. Citizenship and Immigration Services

28

Hello Gissell,

I really grateful and appreciate taking the time and effort to follow up my case. I deeply thank you for following up and hopefully my EAD 's request or even my Asylum's case will go through . I am crossing my finger as everything is moving very very slowly.

Thank you Gissell and thanks to Mrs. Porter and all the office.

Best Regards,

Nancy Morsy

Sent from Mail for Windows

[Quoted text hidden]

---

Hi ,

Sorry for the too many emails as I could t attach that email to the previous one.

Kindly find below one of the emails to the congress office of Katie Porter regarding expediting my interview .

Best regards,
Nancy
Sent from my iPhone

Begin forwarded message:

> **From:** Nancy El-Sayed <nancy.morsy1@gmail.com>
> **Date:** April 14, 2022 at 11:53:35 PM PDT
> **To:** "Vasquez, Gissell" <Gissell.Vasquez@mail.house.gov>
> **Subject: RE: Status Check | ZLA1700170660**

[Quoted text hidden]

---

Can you send as a PDF with each response.  Thanks


Gihan L. Thomas

Certified Specialist, Immigration & Nationality Law

State Bar of CA, Board of Legal Specialization

930 Colorado Blvd, Unit 2

Los Angeles, CA 90041

Tel. 310 203 2242

Fax. 310 203 2287

g.thomas@gihanthomaslaw.com



[Quoted text hidden]

Exhibit H



## Responding to your message  Inbox ✕

**Representative Katie Porter** <CA45KPIMA@mail.house.gov>    Thu, 31 Mar 2022, 11:27  ⭐  ↩  ⋮
to me ▾

Hi Miss Nancy Morsy,

Thank you for contacting our office about your federal agency issue. We are happy to see what we can do to help.

Our casework team is able to help constituents obtain fair and timely resolutions to issues regarding federal agencies. However, please note that our office is strictly prohibited from advocating for a favorable outcome on your behalf, per House ethics rules. For example, if you have a pending application with a federal agency, we can get a status update if they are not responding to you in a timely manner, but we cannot ask the agency to approve your application. Our office is also generally unable to get a status update on USCIS applications that are still within processing time. If your USCIS application is within processing time and you are requesting expedited processing, please review the USCIS expedite criteria and attach supporting documents with your casework request. For more information about our office's ability to assist with your case, please visit the Casework page on our website.

From there, you will be able to navigate to a digital Privacy Release Form. By electronically completing and signing the form, you grant us permission to contact the appropriate federal agency on your behalf in accordance with the Privacy Act of 1974 (5 U.S.C. § 552a). Please note that you should see a confirmation page and number if your form was successfully submitted. If you prefer to complete the form by hand, you can print out the attached PDF and email a scanned copy of your signed form to our team at casework.katieporter@mail.house.gov. **For USCIS cases, please make sure the form is signed by the Petitioner, not the Beneficiary, and that all sections are filled out completely. Incorrectly completed forms will cause significant delays in USCIS responding to our inquiry.** If you know which USCIS office is handling your application, please include this information on your form. Lastly, if you choose not to fill out the form digitally, please make sure your form is signed by hand with ink, as USCIS does not accept typed signatures.

Once we receive your Privacy Release Form, a member of our casework team will contact you directly. If you have trouble accessing or submitting the Privacy Release Form, or if you have general questions, please call our Orange County office at (949) 668-6600 or send us an email at casework.katieporter@mail.house.gov.

Thank you again for contacting our office about your federal agency issue. We look forward to working with you.