**Gihan L. Thomas (SBN 198612)**
g.thomas@gihanthomaslaw.com
Attorney For Plaintiff(s)
930 Colorado Blvd, Unit #2
Los Angeles, CA 90041
Telephone    (310) 203-2242
Facsimile    (310) 203-2287

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MOHAMED A. M. MORSY, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:23-cv-2018<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I)**

Pursuant To FRCP 41(a)(1)(A)(i) Of The Federal Rules Of Civil Procedure, The Plaintiffs, Nancy Mohamed A. M. Morsy, Lara Sameh F. A. Zoher, Omar Sameh F. Abdelhamid, Ali Sameh F. A. Zouheir, Sameh Fawzy B. Zouheir, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all named defendants.

Dated: March 17, 2025

                                               Respectfully submitted,
                                        LAW OFFICES OF GIHAN THOMAS
                                           A Professional Corporation

                                         _____/s/ Gihan L. Thomas_____

                                                 Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization